

Jonathan B. Weiss – Attorney
300 Cadman Plaza W, 12th Floor
Brooklyn, NY 11201
P: 929-575-4175 | F: 929-575-4195
E: jonathan@cml.legal | W: cml.legal

September 16, 2020

**VIA ECF**
The Honorable Brian M. Cogan
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    *Rottenberg v. Midland Credit Management, Inc.*, 1:20-cv-03876-BMC

Dear Judge Cogan:

      We represent plaintiff Rivka Rottenberg ("Plaintiff") in the above-referenced matter and write to respectfully request that the Court adjourn the initial status conference currently scheduled for Tuesday, October 6, 2020 at 10:30 a.m. as that day is during the Jewish holiday of Sukkot. This is the parties' first request for an adjournment. The parties propose that the conference be rescheduled to the week of October 12, 2020, as that marks the end of the Jewish High Holidays. Defendant has consented to Plaintiff's adjournment request so long as the conference is rescheduled for the week of October 12, 2020, subject to the Court's schedule.

      Thank you for your time and consideration of the above request.

      Respectfully submitted,

      */s/ Jonathan B. Weiss*
      JONATHAN B. WEISS

cc:    All Counsel of Record (via ECF)